IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE G. FLOWERS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-4787 |
| CONNECT AMERICA.COM, LLC : | |

# O R D E R

**AND NOW**, this   24th   day of   September  , 2014, upon consideration of Plaintiff George G. Flowers's Motion for Partial Summary Judgment (ECF No. 18) and Defendant Connect America.com LLC's Cross-Motion for Summary Judgment (ECF No. 21), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED** and Defendant's Motion is **DENIED** as to liability on Count I (Breach of Contract) for commissions due from sales by Electric Mobility Company and FirstStreet.

2. Plaintiff's Motion is **DENIED** and Defendant's Motion is **GRANTED** as to liability on Count I (Breach of Contract) for commissions due from sales by Internet Alliance and Dr. Leonard's.

3. Defendant's Motion is **GRANTED** on Count II (Quantum Meruit), Count III (Promissory Estoppel), and Count IV (Unjust Enrichment).

4. Defendant's Motion is **DENIED** on Count V (Declaratory Judgment).

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ **R. BARCLAY SURRICK, J.**_